**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1**
**Eastern Division**

BETH JONES

                                      Plaintiff,

v.                                          Case No.: 1:10–cv–06240

                                         Honorable William J. Hibbler

TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, October 25, 2010:

      MINUTE entry before Honorable William J. Hibbler: Defendants' Unopposed Motion for extension of time until 11/22/2010 to respond to plaintiffs' collective action complaint [8] is granted. Status hearing to set discovery schedule set for 12/15/2010 at 9:30 AM. Joint proposed discovery schedule to be submitted to the Court by 12/13/2010. Application to appear pro hac vice of John A. Lowther as counsel for plaintiff [11] is granted. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.