**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Beth Jones

                        Plaintiff,

v.                                              Case No.: 1:10–cv–06240
                                              Honorable William J. Hibbler

Takeda Pharmaceuticals North America Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 15, 2011:

      MINUTE entry before Honorable William J. Hibbler:Status hearing held on 3/15/2011. As stated on the record, the Court vacates the deadline for the filing of an amended complaint. Status hearing continued to 5/18/2011 at 09:30 AM. An agreed notice of settlement to be submitted on or before 5/18/2011. Mailed notice(jdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.