UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BETH JONES, Individually and on Behalf of All Others Similarly Situated, as Class Representative, | ) ) ) ) | Case Number: 1:10-CV-06240 |
| Plaintiff, | ) ) | Judge William J. Hibbler |
| v. | ) ) | |
| TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., and TAKEDA PHARMACEUTICALS AMERICA, INC., | ) ) ) ) | |
| Defendants. | ) | |

**MOTION AND MEMORANDUM FOR APPROVAL OF USE OF SOCIAL NETWORKING MEDIA IN CONNECTION WITH DISSEMINATION OF THE COLLECTIVE ACTION NOTICE**

Plaintiff moves this Court for approval of use of social networking media in connection with dissemination of the collective action notice. In support of this Motion, Plaintiff states:

On March 8, 2011, this Court approved the parties' stipulation as to the dissemination of class notice (Docket #33), including the provision therein for the establishment of a website (the "Notice Website") that would host a summary of the approved class notice and links to the full Notice and opt-in forms. Docket #33, ¶9.c. Pursuant to the March 8 Order, Settlement Services, Inc., the Notice Administrator herein, has created and currently maintains that website. Plaintiff now moves for leave to publicize the existence of the Notice Website through the social networking site facebook.com ("Facebook") in two different ways.

The first way is by adding to the Notice Website a Facebook icon that would allow individuals who maintain a personal Facebook account to "recommend" the Notice Website. A

Facebook "recommendation" appears on the personal Facebook page of the recommending individual in the form of a link to the recommended website. Thus a link to the Notice Website would appear on the personal Facebook pages of those persons who recommend the Notice Website. In this way, friends and acquaintances of the recommending individual would be directed to the Notice Website. The language or appearance of the Notice Website would not be changed by the addition of the Facebook icon.

The second way is by creating a Facebook "community page" dedicated to the subject of the instant action. Such a page allows individuals interested in the action to inform their friends of the existence of the community page.

Such use of so-called social networking media has previously been endorsed by Courts presiding over collective FLSA actions. At the conclusion of one such case involving FLSA collective-action claims and state law class claims, a magistrate judge granted an enhancement award to the class representatives on the grounds that they "they used social networking functions, *including the creation of a Facebook page*, to identify and locate other class members in order to expand the number of class settlement participants." *Parker v. Jekyll & Hyde Entm't Holdings, L.L.C.*, No. 08 Civ. 7670 (BSJ) (JCF), 2010 U.S. Dist. LEXIS 12762, at *5, 2010 WL 532960, at *1 (S.D.N.Y. Feb. 9, 2010) (emphasis added).

Plaintiff submits that use of social networking media in the instant matter would further the aims of disseminating notice of an FLSA action "in an efficient and proper way" (*Jirak v. Abbott Labs., Inc.*, 566 F. Supp. 2d 845, 850 (N.D. Ill. 2008) (quoting *Hoffmann-La Roche, Inc. v. Sperling*, 493 U.S. 165, 170-71 (1989)) and is prepared to address any questions the Court may have at the status hearing scheduled for May 18.

Dated: May 9, 2011   Respectfully submitted,

Plaintiff

By:s/ Neil Fraser
Neil Fraser
nfraser@milberg.com
William B. Scoville, Jr.
wscoville@milberg.com
**MILBERG LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165
Telephone: (212) 594-5300

John A. Lowther
john@doylelowther.com
**DOYLE LOWTHER LLP**
9466 Black Mountain Road, Ste. 210
San Diego, California 92126
Telephone: (619) 573-1703

Marvin A. Miller
mmiller@millerlawllc.com
Matthew E. Van Tine
mvantine@millerlawllc.com
**MILLER LAW LLC**
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
Telephone: (312) 332-2400

*Counsel for Plaintiff Beth Jones*
*and for the Proposed Plaintiff Class*

## **CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

      I, Marvin A. Miller, hereby certify that on May 9, 2011, service of the Notice of Motion was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to the following who are not a Filing User or represented by a Filing User.

                                            */s/ Marvin A. Miller*
                                            Marvin A. Miller