# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BETH JONES, Individually and on Behalf of All Others Similarly Situated, as Class Representative, | ) ) ) ) | **Case Number: 1:10-CV-06240** |
| Plaintiff, | ) ) | **Judge William J. Hibbler** |
| v. | ) ) | |
| TAKEDA PHARMACEUTICALS NORTH AMERICA, INC., and TAKEDA PHARMACEUTICALS AMERICA, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, May 18, 2011, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William J. Hibbler, or any judge sitting in his stead, in Courtroom 1225 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the *Motion for Approval of Use of Social Networking Media in Connection with Dissemination of the Collective Action Notice*, a copy of which is hereby served upon you.

Dated: May 9, 2011

        s/ Neil Fraser
Neil Fraser
nfraser@milberg.com
William B. Scoville, Jr.
wscoville@milberg.com
**MILBERG LLP**
One Pennsylvania Plaza, 49th Floor
New York, NY 10119-0165
Telephone: (212) 594-5300

John A. Lowther
john@doylelowther.com
**DOYLE LOWTHER LLP**
9466 Black Mountain Road, Ste. 210
San Diego, California 92126
Telephone: (619) 573-1703

Marvin A. Miller
mmiller@millerlawllc.com
Matthew E. Van Tine
mvantine@millerlawllc.com
**MILLER LAW LLC**
115 S. LaSalle Street
Suite 2910
Chicago, IL 60603
Telephone: (312) 332-2400

*Counsel for Plaintiff Beth Jones
and for the Proposed Plaintiff Class*

## **CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

  I, Marvin A. Miller, hereby certify that on May 9, 2011, service of the Notice of Motion was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to the following who are not a Filing User or represented by a Filing User.

                   */s/ Marvin A. Miller*
                   Marvin A. Miller